THOMAS R. BURKE (State Bar No. 141930)
  thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

RAVI V. SITWALA (pro hac vice)
  rsitwala@hearst.com
ABRAHAM S. CHO (pro hac vice)
  acho@hearst.com
THE HEARST CORPORATION
300 West 57th Street
New York, New York 10019-3792
Telephone: (212) 841-7000
Facsimile: (212) 554-7000

Attorneys for Defendants The Hearst Corporation and
Ernesto Mourelo

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)**

| | |
|---|---|
| HARRY J. WILLIBY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HEARST CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02538-EJD<br><br>**DECLARATION OF ERNESTO MOURELO IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE UNDER THE CALIFORNIA ANTI-SLAPP STATUTE AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND FOR LACK OF PERSONAL JURISDICTION**<br><br>Hearing Date:　June 2, 2016<br>Time:　9:00 a.m.<br>Dep't:　Courtroom 4, 5th Floor<br>Judge:　Hon. Edward J. Davila |

**Declaration of Ernesto Mourelo**

1.　I, Ernesto Mourelo, am employed as the Director of Digital Content for Hearst Television Inc. ("HTV"). I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2.　Among other things, I am responsible for monitoring the use of news video from HTV stations by third-parties on YouTube and determining whether to request removal of such video

through notices pursuant to YouTube's system for accepting takedown notices pursuant to the Digital Millennium Copyright Act ("DMCA").

3. During September 2013, I became aware of a video on the Attorney Depot YouTube channel that was copied from WCVB-TV, which is available at https://www.youtube.com/watch?v=DgK3wCMsHAU. The video consisted of the entirety of WCVB-TV's news story. Believing that the use of the video infringed the copyright to the news story and did not constitute fair use of the story, I submitted a DMCA notice to YouTube.

4. During February 2014, I became aware of a video on the Attorney Depot YouTube channel that was copied from KHBS/KHOG-TV, which is available at https://www.youtube.com/watch?v=9e5DkSyUoME. The video consisted of the entirety of three KHBS/KHOG-TV news stories. Believing that the use of the video infringed the copyright to the news stories and did not constitute fair use of the story, I submitted a DMCA notice to YouTube.

5. During November 2014, I became aware of a video on the Attorney Depot YouTube channel that was copied from WBAL-TV, which is available at https://www.youtube.com/watch?v=x7rz_mQGiBM. The video consisted of the entirety of WBAL-TV's news story. Believing that the use of the video infringed the copyright to the news story and did not constitute fair use of the story, I submitted a DMCA notice to YouTube.

6. During February 2015, I became aware of a video on the Attorney Depot YouTube channel that was copied from KETV-TV, which is available at https://www.youtube.com/watch?v=xh685180khQ. The video consisted of the entirety of KETV-TV's news story. Believing that the use of the video infringed the copyright to the news story and did not constitute fair use of the story, I submitted a DMCA notice to YouTube.

7. During March 2015, I became aware of a video on the Attorney Depot YouTube channel that was copied from WDSU-TV, which is available at https://www.youtube.com/watch?v=cXe_YkuykQ8. The video consisted of the entirety of WDSU-TV's news story. Believing that the use of the video infringed the copyright to the news story and did not constitute fair use of the story, I submitted a DMCA notice to YouTube.

8. During May 2015, I became aware of a video on the Attorney Depot YouTube channel that was copied from WLWT-TV, which is available at https://www.youtube.com/watch?v=itqY7rlbjhc. The video consisted of the entirety of WLWT-TV's news story. Believing that the use of the video infringed the copyright to the news story and did not constitute fair use of the story, I submitted a DMCA notice to YouTube.

9. I understand that Harry Williby filed DMCA counter-notices in response to each of the notices described above, after which the videos were restored to the Attorney Depot channel.

10. After the WBAL-TV video was reinstated to the Attorney Depot channel, I posted comments to that video on the channel decrying the posting of the video and filing of counter-notices where I believed (and continue to believe) the use of the video (along with each of the other videos copied) constituted copyright infringement and was not fair use.

11. HTV stations post their videos of news stories to their own YouTube accounts and websites and sell advertising around those videos. Nearly all of the HTV station videos posted on the Attorney Depot YouTube channel were posted on the station websites and/or YouTube channels.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed in New York, NY on January 4, 2016.

Ernesto Mourelo

3

DECLARATION OF ERNESTO MOURELO
CASE NO. 15-cv-02538-EJD