THOMAS R. BURKE (State Bar No. 141930)
    thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile:    (415) 276-6599

RAVI V. SITWALA (pro hac vice)
    rsitwala@hearst.com
ABRAHAM S. CHO (pro hac vice)
    acho@hearst.com
THE HEARST CORPORATION
300 West 57th Street
New York, New York 10019-3792
Telephone: (212) 841-7000
Facsimile: (212) 554-7000

Attorneys for Defendants The Hearst Corporation and
Ernesto Mourelo

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)**

| | |
|---|---|
| HARRY J. WILLIBY,<br><br>Plaintiff,<br><br>vs.<br><br>HEARST CORPORATION, et al.,<br><br>Defendants. | Case No. 15-cv-02538-EJD<br><br>**DECLARATION OF CATHERINE A. BOSTRON IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE UNDER THE CALIFORNIA ANTI-SLAPP STATUTE AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND FOR LACK OF PERSONAL JURISDICTION**<br><br>Hearing Date: June 2, 2016<br>Time: 9:00 a.m.<br>Dep't: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

**Declaration of Catherine A. Bostron**

1. I, Catherine A. Bostron, am the Corporate Secretary of The Hearst Corporation. I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

---

DECLARATION OF CATHERINE A. BOSTRON
CASE NO. 15-cv-02538-EJD

2. The Hearst Corporation is the indirect corporate parent of Hearst Television Inc., which itself is the corporate parent of entities that operate various television stations and their respective websites.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed in New York, NY, on January 4, 2016.

*Catherine A. Bostron*

Catherine A. Bostron